SNYDER *v.* WARE ET AL.

No. 1225.  Decided April 20, 1970

*J. Minos Simon* for appellant.

PER CURIAM.

The judgment is affirmed.

JACKSON ET AL. *v.* DEPARTMENT OF PUBLIC
WELFARE OF FLORIDA ET AL.

No. 471, Misc.  Decided April 20, 1970

*Howard W. Dixon* for appellants.

*Earl Faircloth,* Attorney General of Florida, *T. T. Turnbull* and *Michael Schwartz,* Assistant Attorneys General, and *S. Strome Maxwell* for appellees.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* is granted.  The judgment is vacated and the case is remanded to the District Court for reconsideration in light of *Goldberg* v. *Kelly, ante,* p. 254; Fed. Rule Civ. Proc. 23; and to determine whether the case is moot.

THE CHIEF JUSTICE, MR. JUSTICE BLACK, and MR. JUSTICE STEWART dissent.